| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE, SOUTHERN DIVISION | |
| Case number *(if known)* _____  Chapter  11 | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Poole Funeral Home Real Estate, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  92-4021333

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1970 Eagle Drive<br>Woodstock, GA 30189<br>Number, Street, City, State & ZIP Code | 3000 Ralph Buckner Blvd<br>Cleveland, TN 37311<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cherokee<br>County | **Location of principal assets, if different from principal place of business**<br>3000 Ralph Buckner Blvd NE Cleveland, TN 37311<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Poole Funeral Home Real Estate, LLC _____    Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor ___Poole Funeral Home Real Estate, LLC_____  Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

    **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☒ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor  Poole Funeral Home Real Estate, LLC           Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 12, 2025
             MM / DD / YYYY

**X** /s/  Brian K. Poole                                Brian K. Poole
Signature of authorized representative of debtor          Printed name

Title  CEO

**18. Signature of attorney**

**X** /s/ Roy Michael Roman                              Date  May 12, 2025
Signature of attorney for debtor                               MM / DD / YYYY

Roy Michael Roman 042658
Printed name

RMR Legal PLLC
Firm name

70 N. Ocoee Street
Cleveland, TN 37311
Number, Street, City, State & ZIP Code

Contact phone  (423) 528-8484      Email address  Roymichael@rmrlegal.com

042658 TN
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

**Fill in this information to identify the case:**

Debtor name    Poole Funeral Home Real Estate, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE, SOUTHERN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2025

X  /s/   Brian K. Poole
Signature of individual signing on behalf of debtor

Brian K. Poole
Printed name

CEO
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Poole Funeral Home Real Estate, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE, SOUTHERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Ace Hardware<br>3400 Keith St NW<br>Cleveland, TN 37312 | | Business Debt | | | | $2,491.80 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | | Business Debt | | | | $6,500.00 |
| Batesville Casket Co<br>175 Monogard Drive<br>Manchester, TN 37355 | | Business Debt | | | | $43,849.91 |
| Bayne's Business Machines<br>770 Stuart Road NE<br>Cleveland, TN 37312 | | Business Debt | | | | $1,361.02 |
| Bolton Concrete Products Co Inc.<br>1721 E Main Street<br>Johnson City, TN 37601 | | Business Debt | | | | $3,394.08 |
| Brenda's House of Flowers<br>200 Chambers Street<br>Woodstock, GA 30188 | | Business Debt | | | | $3,959.87 |
| Central Heat & Air<br>3160 Frazier Park Drive<br>Cleveland, TN 37311 | | Business Debt | | | | $6,362.17 |
| Clark Grave Vault<br>375 E. 5th Avenue<br>Columbus, OH 43201 | | Business Debt | | | | $8,597.60 |
| Cleveland Daily Banner<br>2075 N Ocoee Street Suite B<br>Cleveland, TN 37311 | | Business Debt | | | | $5,346.45 |

Debtor  Poole Funeral Home Real Estate, LLC  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clover Network, LLC<br>415 N. Mathilda Avenue<br>Sunnyvale, CA 94085 | | Business Debt | | | | $4,000.00 |
| Elite Burial Vault Company<br>3353 Treadwell Circle SW<br>Atlanta, GA 30331 | | Business Debt | | | | $2,335.00 |
| IRS<br>PO Box 742562<br>Cincinnati, OH 45280 | | Back Taxes | | | | $20,228.31 |
| Jimmie's Flowers<br>2231 N. Ocoee Street<br>Cleveland, TN 37311 | | Business Debt | | | | $1,789.99 |
| Lamar Advertising<br>10311 Deerborn Lane<br>Knoxville, TN 37932 | | Business Debt | | | | $13,200.00 |
| Neely Printing<br>187 Neely Circle NE<br>Cleveland, TN 37311 | | Business Debt | | | | $1,712.22 |
| Petty Marketing<br>2630 Ralph Buckner Blvd NE<br>Cleveland, TN 37311 | | Business Debt | | | | $2,087.61 |
| PMG Acquisition Corp.<br>201 South 4th Street<br>Paducah, KY 42003 | | Business Debt | | | | $6,164.30 |
| Prince Parker & Associates<br>8625 Crown Crescent Court, #200<br>Charlotte, NC 28227 | | Business Debt | | | | $7,012.00 |
| Tire Discounter<br>4480 Keith Street NW<br>Cleveland, TN 37312 | | Business Debt | | | | $1,993.23 |
| Wheeler Technology<br>130 Wildwood Avenue<br>Cleveland, TN 37311 | | Business Debt | | | | $6,238.85 |

# United States Bankruptcy Court
### Eastern District of Tennessee, Southern Division

In re: Poole Funeral Home Real Estate, LLC  
Debtor(s)

Case No.  
Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: May 12, 2025

/s/ Brian K. Poole  
Brian K. Poole/CEO  
Signer/Title

Date: May 12, 2025

/s/ Roy Michael Roman  
Signature of Attorney  
Roy Michael Roman 042658  
RMR Legal PLLC  
70 N. Ocoee Street  
Cleveland, TN 37311  
(423) 528-8484 Fax:

Ace Hardware
3400 Keith St NW
Cleveland, TN 37312


Ally Financial
PO Box 660371
Dallas, TX 75266


American Express
PO Box 981537
El Paso, TX 79998


Andrew Johnson Bank
555 N. Ocoee Street
Cleveland, TN 37311


Atlas Fire Protection LLC
1834 Velma Road
Athens, TN 37303


Batesville Casket Co
175 Monogard Drive
Manchester, TN 37355


Bayne's Business Machines
770 Stuart Road NE
Cleveland, TN 37312


Bolton Concrete Products Co Inc.
1721 E Main Street
Johnson City, TN 37601


Brenda's House of Flowers
200 Chambers Street
Woodstock, GA 30188


Central Heat & Air
3160 Frazier Park Drive
Cleveland, TN 37311


Clark Grave Vault
375 E. 5th Avenue
Columbus, OH 43201


Cleveland Daily Banner
2075 N Ocoee Street Suite B
Cleveland, TN 37311


Clover Network, LLC
415 N. Mathilda Avenue
Sunnyvale, CA 94085


Crescent Memorial
4975 W Main Street
Tupelo, MS 38801

Double D Piping & Fire Protection, LLC
4611 Blue Springs Road
Cleveland, TN 37311

Elite Burial Vault Company
3353 Treadwell Circle SW
Atlanta, GA 30331

Everalert Security Systems
PO Box 538
Kennesaw, GA 30156

Four Corners Lawn Care LLC
2175 APD 40
Cleveland, TN 37311

GM Financial
PO Box 650595
Dallas, TX 75265

Huntington Bank
41 South High Street
Columbus, OH 43215

IRS
PO Box 742562
Cincinnati, OH 45280

Jimmie's Flowers
2231 N. Ocoee Street
Cleveland, TN 37311

Lamar Advertising
10311 Deerborn Lane
Knoxville, TN 37932

Misty Mountain Florist
4220 Spring Place Road SE
Cleveland, TN 37323

Neely Printing
187 Neely Circle NE
Cleveland, TN 37311

Petty Marketing
2630 Ralph Buckner Blvd NE
Cleveland, TN 37311

PMG Acquisition Corp.
201 South 4th Street
Paducah, KY 42003

Prince Parker & Associates
8625 Crown Crescent Court, #200
Charlotte, NC 28227

QuikTrip Credit Card
PO Box 60500
City of Industry, CA 91716


Ralph Buckner
400 Anatole Drive NW
Cleveland, TN 37312


Sharps Medical Waste Services
9220 Kirby Drive, Suite 500
Houston, TX 77054


Springdale Heating & Air
3871 Old Tasso Road NE
Cleveland, TN 37312


Stericycle
2190 Westland Drive SW
Cleveland, TN 37311


The Bancorp Bank, National Association
409 Silverside Road, Suite 105
Wilmington, DE 19809


Tire Discounter
4480 Keith Street NW
Cleveland, TN 37312


Universal Waste
201 20th Street SE
Cleveland, TN 37311


Waste Connections
386 Industrial Drive SW
Cleveland, TN 37311


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Wheeler Technology
130 Wildwood Avenue
Cleveland, TN 37311

# United States Bankruptcy Court
### Eastern District of Tennessee, Southern Division

In re: Poole Funeral Home Real Estate, LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Poole Funeral Home Real Estate, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Brian K. Poole
232 Winding Glen Drive
Cleveland, TN 37312

☐ None [*Check if applicable*]

| | |
|---|---|
| May 12, 2025 | /s/ Roy Michael Roman |
| Date | Roy Michael Roman 042658 |
| | Signature of Attorney or Litigant |
| | Counsel for Poole Funeral Home Real Estate, LLC |
| | RMR Legal PLLC |
| | 70 N. Ocoee Street |
| | Cleveland, TN 37311 |
| | (423) 528-8484  Fax: |
| | Roymichael@rmrlegal.com |