**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| **In Re:** ) | **Case No. 1:25-bk-11197-NWW** |
| ) | **Chapter 11** |
| **POOLE FUNERAL HOME REAL** ) | |
| **ESTATE, LLC, et al.** ) | **Joint Administration Requested** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |
| **In Re:** ) | **Case No. 1:25-bk-11198-NWW** |
| ) | **Chapter 11** |
| **POOLE FUNERAL HOME HOLDINGS** ) | |
| **TN, INC.,** ) | **Joint Administration Requested** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |
| **In Re:** ) | **Case No. 1:25-bk-11199-NWW** |
| ) | **Chapter 11** |
| **LAURENBROOK MANAGEMENT, INC.,** ) | |
| ) | **Joint Administration Requested** |
| **Debtor.** ) | |
| ) | |
| ) | |
| **In Re:** ) | **Case No. 1:25-bk-11200-NWW** |
| ) | **Chapter 11** |
| **POOLE FUNERAL HOME** ) | |
| **ENTERPRISES, INC.,** ) | **Joint Administration Requested** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |
| **In Re:** ) | **Case No. 1:25-bk-11201-NWW** |
| ) | **Chapter 11** |
| **PFH HOLDINGS, INC.,** ) | |
| ) | **Joint Administration Requested** |
| **Debtor.** ) | |

**NOTICE OF LIMITED APPEARANCE AND REQUEST FOR NOTICE**

TO THE DEBTORS, THEIR ATTORNEY OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Baker, Donelson, Bearman, Caldwell & Berkowitz, PC hereby files its appearance pursuant to FED. R. BANKR. P. 9010 in connection with the above captioned Chapter 11 cases on behalf of The Bancorp Bank, National Association, a creditor in these cases.

PLEASE TAKE FURTHER NOTICE that all notices forwarded in these cases to The Bancorp Bank, National Association, should be forwarded pursuant to FED. R. BANKR. R. 2002(g) to the following:

Justin Sveadas
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Telephone : 423.209.4184
Telecopier: 423.752.9589

PLEASE TAKE FURTHER NOTICE that pursuant to FED. R. BANKR. P. 2002(a)(b) and (f) the undersigned hereby requests that all notices given or required to be given in these cases, and all papers served, or required to be served in these cases, be given to and served upon the undersigned at the above referenced address.

The foregoing request includes not only notices and papers referred to in the above specified Rules and other applicable provisions, but also includes, without limitation, Orders and Notices of all filings with respect to any application, Motion, Petition, Pleading, request Complaint or Demand, whether formal or informal, whether written, transmitted or conveyed by email, mail, delivery, telephone, telegraph, telex, telecopier, otherwise affects or seeks to affect in any way, any rights or interest of the Debtors or any creditor, equity security holder, party in interest, and/or any other person or entity.

Date: May 13, 2025.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:    /s/ Justin Sveadas
       Justin Sveadas (TN 022305)
       633 Chestnut Street
       Suite 1900
       Chattanooga, TN 37405-1800
       (423) 209-4184 (phone)
       (423) 752-9589 (fax)
       jsveadas@bakerdonelson.com (e-mail)

*Attorney for The Bancorp Bank, National Association*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2025, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties not so indicated on the electronic filing receipt will be served by undersigned counsel by first class mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

Roy Michael Roman
RMR Legal PLLC
70 N. Ocoee Street
Cleveland, TN 37311

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402

/s/ Justin Sveadas