**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE – SOUTHERN DIVISION**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | **CASE NO.:  1:25-bk-11197-NWW** |
| **POOLE FUNERAL HOME REAL** | * | |
| **ESTATE, LLC,** | * | |
| | * | **CHAPTER 11** |
| Debtor. | * | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned attorneys appear in the above-captioned case on behalf of Andrew Johnson Bank, as a creditor and party in interest, and hereby request that all notices given or required to be served in this case be served upon:

> Harry R. Cash, Esq.
> Grant, Konvalinka & Harrison, P.C.
> 633 Chestnut Street, Suite 900
> Chattanooga, Tennessee  37450-0900
> 423-756-8400 (Phone)
> 423-756-0643 (Fax)
> hcash@gkhpc.com

Please take further notice that the foregoing request includes not only the notices and papers referred in the *Bankruptcy Rules*, but also includes, without limitation, any notice, application, complaint, demand, motion, pleading or request, whether transmitted or conveyed by mail messenger delivery, telephone, facsimile, telegraph, telex, e-mail or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Andrew Johnson Bank (i) to have final orders in non-core matters entered only after de novo review by a Bankruptcy Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) to have the Bankruptcy Court withdraw the referenced matter in any matter subject to mandatory

or discretionary withdrawal; or (iv) or any other rights, claims, actions, setoffs or recoupments to which Andrew Johnson Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  June 6, 2025.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

By: /s/Harry R. Cash
      HARRY R. CASH (BPR #9385)
      633 Chestnut Street, Suite 900
      Chattanooga, Tennessee  37450-0900
      423-756-8400
      423-756-6518 – facsimile
      hcash@gkhpc.com

*Attorneys for Andrew Johnson Bank*