**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **POOLE FUNERAL HOME** | ) | **No. 1:25-BK-11197 NWW** |
| **REAL ESTATE, LLC, et al,** | ) | **Chapter 11** |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |
| _____ | ) | |
| **In re:** | ) | |
| | ) | |
| **POOLE FUNERAL HOME** | ) | **No. 1:25-BK-11198 NWW** |
| **HOLDINGS TN, INC.,,** | ) | **Chapter 11** |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |
| _____ | ) | |
| **In re:** | ) | |
| | ) | |
| **LAURENBROOK MANAGEMENT, INC.** | ) | **No. 1:25-BK-11199 NWW** |
| | ) | **Chapter 11** |
| **Debtor(s)** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **POOLE FUNERAL HOME** | ) | **No. 1:25-BK-11200 NWW** |
| **ENTERPRISES, INC.,** | ) | **Chapter 11** |
| | ) | |
| **Debtor(s)** | ) | |
| | | |
| _____ | | |
| **In re:** | ) | |
| | ) | |
| **PFH HOLDINGS, INC.,** | ) | **No. 1:25-BK-11201 NWW** |
| | ) | **Chapter 11** |
| **Debtor(s)** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Please take notice that Robert G. Norred, Jr. of Logan-Thompson, P.C., 30 2nd Street,

NW Cleveland, TN 37311, has been retained as Attorney for Ralph Buckner, Jr. and Chari

Buckner, Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should

be served on said Attorney as Attorney of Record.

Respectfully submitted,

By: /s/ Robert G. Norred, Jr .
ROBERT G. NORRED, JR. (BPR#012740)
Attorneys for Charles Yoder
PO Box 191
Cleveland, TN 37365-0191
423/476-2251
Rnorred@loganthompsonlaw.com

## <u>CERTIFICATE OF SERVICE</u>

   I certify that the foregoing paper, along with copies of the documents or pertinent excerpts of the documents evidencing the creation and perfection of the security interest, will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system. I further certify that the foregoing paper, along with copies of the documents or pertinent excerpts of the documents evidencing the creation and perfection of the security interest, was served by mail on the following, at the following addresses, on September 9, 2025.

   Nicholas B. Foster, Esq. (via ECF)
   David Holesinger, Esq.
   Historic U.S. Courthouse
   31 E. Eleventh Street
   Fourth Floor
   Chattanooga, TN 37402
   *U.S. Trustee*

   Roy Michael Roman
   roymicahel@rmrlegal.com
   70 N. Ocoee Street
   Cleveland, TN 37311
   *Attorney for Debtors*

   Justin Sveadas
   jsveadas@bakerdonelson.com

   All secured creditors and the largest twenty (20) unsecured creditors (via ECF)

        By: /s/ Robert G. Norred, Jr .
        ROBERT G. NORRED, JR. (BPR#012740)
        Attorneys for Charles Yoder
        PO Box 191
        Cleveland, TN 37365-0191
        423/476-2251
        Rnorred@loganthompsonlaw.com