UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:

|  |  |  |
|---|---|---|
|  | ) |  |
| Poole Funeral Home | ) | Case No. 1:25-bk-11197-NWW |
| Real Estate, LLC, et al | ) |  |
|  | ) | Chapter 11 |
| Debtor(s) | ) | Jointly Administered |

---

## NOTICE OF APPEARANCE

---

Comes Jerrold D. Farinash, for and on behalf of Clarke Taylor, interested party, and hereby gives notice of his appearance in this case and requests that he be served with all pleadings and other documents filed in this case.

RESPECTFULLY SUBMITTED:

FARINASH & STOFAN

By:   s/ Jerrold D. Farinash
JERROLD D. FARINASH, (BPR #10220)
Attorneys for Clarke Taylor
100 West M L King Blvd, Ste. 816
Chattanooga, Tennessee 37402
jdf@8053100.com
(423) 805-3100

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the  Notice of Appearance was properly served on the following creditors and/or parties at interest by the method indicated and on the date entered below:

Electronically mailed by ECF to all those shown on the Notice of Electronic Filing Receipt issued by the Clerk of Court, and specifically:

All remaining creditors and/or parties in interest were serviced via first class United States mail with sufficient postage to ensure deliver to its destination at the address indicated below:

Roy Michael Roman
RMR Legal PLLC
70 N. Ocoee Street
Cleveland, TN 37311
Email: roymichael@rmrlegal.com

Service was done on: December 8, 2025

<u>      s/ Jerrold D. Farinash         </u>
Jerrold D. Farinash