## THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

IN RE: Poole Funeral Home Real Estate LLC,
    Debtor(s).

**3000 Ralph Buckner Blvd**
**Cleveland, TN 37311**

**92-4021333**

**1:25-bk-11197-NWW**

**Chapter 11**

**Judge Whittenburg**

---

### Notice of Appearance and Request for Notice

---

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case  in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:

TN Dept of Revenue

c/o TN Attorney General's Office, Bankruptcy Division

PO Box 20207

Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Jonathan Skrmetti
Attorney General and Reporter

*s/ Marvin E. Clements, Jr.*

Marvin E. Clements, Jr.
Senior Assistant Attorney General
BPR No. 016031
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville,  TN  37202-0207
Phone: (615) 741-1935     Fax: 615-741-3334
Email: marvin.clements@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on _____December 12, 2025_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

*s/ Marvin E. Clements, Jr.*

Marvin E. Clements, Jr.
Senior Assistant Attorney General

Office of the U.S. Trustee
31 E 11th Street
4th Floor
Chattanooga, Tennessee  37402

Roy Michael Roman
Attorney for the Debtor(s)
RMR Legal PLLC
70 N Ocoee Street
Cleveland, TN 37311