

**SO ORDERED.**
**SIGNED this 26th day of February, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Poole Funeral Home Real Estate,** | ) | **No. 1:25-bk-11197-NWW** |
| **LLC,** *et al.* | ) | **Chapter 11** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |

### ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND
### FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
### OF PLAN, COMBINED WITH NOTICE THEREOF

A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by the debtors on January 22, 2026—and amended on February 25, 2026—referring to a plan under chapter 11 of the Bankruptcy Code filed by the debtors on that date; and

It having been determined after hearing on notice that the disclosure statement contains adequate information;

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by the debtors dated January 22, 2026—as amended on February 25, 2026—is approved.

B. April 9, 2026, is fixed as the last day for submitting ballots accepting or rejecting the plan referred to above. To be timely, a written ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) must be received by counsel for the debtors on or before that deadline. No later than April 13, 2026, counsel for the debtors shall file a summary of the ballots timely received, with copies of the ballots attached to the summary.

C. Within five days after the entry of this order, counsel for the debtors shall mail the plan, the disclosure statement, and a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) to creditors, equity security holders (if any), and other parties in interest, and transmit copies to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d). Counsel for the debtors shall file a certificate of service reflecting compliance with this paragraph within two business days after effecting service.

D. April 16, 2026, at 9:00 a.m. (Eastern Time) in Courtroom A, Historic United States Courthouse, 31 East 11th Street, Chattanooga, Tennessee is fixed for the hearing on confirmation of the plan.

E. April 9, 2026, is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan.

### # # #