**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 1:25-bk-11197-NWW** |
| | ) | |
| **POOLE FUNERAL HOME** | ) | **Chapter 11** |
| **REAL ESTATE, LLC, *et al.*,** | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**LIMITED OBJECTION TO DEBTORS' MOTION SEEKING ENTRY OF AN ORDER
(I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL ASSETS AND
(II) GRANTING RELATED RELIEF (DOC. 161)**

COMES NOW The Bancorp Bank, National Association, ("Lender"), and files this limited objection to the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Sale of Substantially all Assets and (II) Granting Related Relief* (Doc. 161, the "Second Sale Motion") filed by the Debtors/Debtors-in-Possession in this case.  In support of its limited objection, Lender states as follows:

1.      Lender is a secured creditor of the Debtors, holding a valid and properly perfected first priority security interest in all assets of Debtors, including but not limited to the following:

(a)      all of Debtors' equipment, fixtures, inventory, accounts, instruments, chattel paper, general intangibles, documents, and deposit accounts, together with all replacements, accessions, proceeds and products;

(b)      the real properties of Debtor Poole Funeral Home Holdings TN, Inc. in Bradley County, Tennessee, (the "Bradley Properties") located at 3000 NE Ralph Buckner Blvd., Cleveland, Tennessee 37311 (Parcel No. 050J-A-017) and 2850 Ralph Buckner Blvd., Cleveland, Tennessee  37311 (Parcel Nos. 050J-A-018; 050J-A-018.01 and 050J-A-018.02);

(c) the real property of Debtor Poole Funeral Home Holdings TN, Inc. in McMinn County, Tennessee, (the "McMinn Property") located at 300 Tennessee Avenue N., Etowah, Tennessee 37331 (Parcel No. 107O-B-054);

(d) the real property of Debtor PFH Holdings, Inc. in Clayton County, Georgia, (the "Clayton Property") located at 6362 S. Lee St., Morrow, Georgia 30260 (a portion of Parcel Nos. 12114A-C006 and 12114A-C010); and

(e) the real property of Debtor PFH Holdings, Inc. in Cherokee County, Georgia, (the "Cherokee Property," and, together with the Clayton Property, the "Georgia Properties") located at 1970 Eagle Drive (a portion of Parcel No. 15N05144M).

2. Lender's interests in Debtors' assets are evidenced by, among other things, the following (collectively, with all other documents executed by Debtors regarding the loan extended to Debtors and by Lender, the "Loan Documents"):

(f) Security Agreement dated August 5, 2024, executed by Debtor Poole Funeral Home Real Estate, LLC;[1]

(g) Security Agreement dated August 5, 2024, executed by Debtor Poole Funeral Home Holdings Tennessee, Inc.;[2]

(h) Security Agreement dated August 5, 2024, executed by Debtor Laurenbrook Management, Inc.;[3]

(i) Security Agreement dated August 5, 2024, executed by Debtor Poole Funeral Home Enterprises, Inc.;[4]

---

[1] Copy attached as Exhibit D to Lender's Proof of Claim, Claim No. 7, filed in this case, No. 1:25-bk-11197-NWW.

[2] Copy attached as Exhibit H to Lender's Proof of Claim, Claim No. 11, filed in Case No. 1:25-bk-11198-NWW.

[3] Copy attached as Exhibit C to Lender's Proof of Claim, Claim No. 7, filed in Case No. 1:25-bk-11199-NWW.

[4] Copy attached as Exhibit D to Lender's Proof of Claim, Claim No. 4, filed in Case No. 1:25-bk-11200-NWW.

(j)      Security Agreement dated August 5, 2024, executed by Debtor PFH

Holdings, Inc.;[5]

(k)      Deed of Trust, Assignment of Leases, Security Agreement and Fixture

Filing, dated September 5, 2023, executed by Debtor Poole Funeral Home Holdings Tennessee,

Inc., recorded on September 8, 2023, at Book 3021, Page 412, Instrument No. 23010680, with the

Register of Deeds of Bradley County, Tennessee; [6]

(l)      Assignment of Rentals and Leases, dated September 1, 2023, executed by

Debtor Poole Funeral Home Holdings Tennessee, Inc., recorded on September 8, 2023, at Book

3021, Page 427, Instrument No. 23010681, with the Register of Deeds of Bradley County,

Tennessee; [7]

(m)     Deed of Trust, Assignment of Leases, Security Agreement and Fixture

Filing, dated September 5, 2023, executed by Debtor Poole Funeral Home Holdings Tennessee,

Inc., recorded on September 8, 2023, at Book 1324, Page 778, Instrument No. 249339, with the

Register of Deeds of McMinn County, Tennessee; [8]

(n)      Assignment of Rentals and Leases, dated September 1, 2023, executed by

Debtor Poole Funeral Home Holdings Tennessee, Inc., recorded on October 16, 2023, at Book

1328, Page 510, Instrument No. 250304, with the Register of Deeds of McMinn County,

Tennessee.[9]

---

[5] Copy attached as Exhibit H to Lender's Proof of Claim, Claim No. 7, filed in Case 1:25-bk-11201-NWW.

[6] Copy attached as Exhibit C to Lender's Proof of Claim, Claim No. 11, filed in Case 1:25-bk-11198-NWW.

[7] Copy attached as Exhibit D to Lender's Proof of Claim, Claim No. 11, filed in Case 1:25-bk-11198-NWW.

[8] Copy attached as Exhibit E to Lender's Proof of Claim, Claim No. 11, filed in Case 1:25-bk-11198-NWW.

[9] Copy attached as Exhibit F to Lender's Proof of Claim, Claim No. 11, filed in Case 1:25-bk-11198-NWW.

(o)     Deed to Secure Debt and Security Agreement, dated September 6, 2023, executed by Debtor PFH Holdings, Inc., recorded on September 12, 2023, at Book 13566, Page 668, with the Clerk of Superior Court of Clayton County, Georgia;[10]

(p)     Assignment of Leases and Rents, dated September 1, 2023, executed by Debtor PFH Holdings, Inc., recorded on September 12, 2023, at Book 13566, Page 688, with the Clerk of Superior Court of Clayton County, Georgia;[11]

(q)     Deed to Secure Debt and Security Agreement, dated September 6, 2023, executed by Debtor PFH Holdings, Inc., re-recorded on November 6, 2023, at Deed Book 14909, Page 2231, with the Clerk of Superior Court of Cherokee County, Georgia;[12] and

(r)     Assignment of Leases and Rents, dated September 1, 2023, executed by Debtor PFH Holdings, Inc., re-recorded on November 6, 2023, at Deed Book 14909, Page 2252, with the Clerk of Superior Court of Cherokee County, Georgia.[13]

3.     Pursuant to the Loan Documents, Lender has a security interest in all of the Assets (as defined in the Second Sale Motion) that Debtors seek to sell.

4.     Debtors acknowledge in the Second Sale Motion that Lender "currently services the loan held by Homesteaders Life Company which has a senior secured lien against all Assets in the amount of at least $13,513,548.13 . . . ." [14]

---

[10] Copy attached as Exhibit C to Lender's Proof of Claim, Claim No. 7, filed in Case 1:25-bk-11201-NWW.

[11] Copy attached as Exhibit D to Lender's Proof of Claim, Claim No. 7, filed in Case 1:25-bk-11201-NWW.

[12] Copy attached as Exhibit E to Lender's Proof of Claim, Claim No. 7, filed in Case 1:25-bk-11201-NWW.

[13] Copy attached as Exhibit F to Lender's Proof of Claim, Claim No. 7, filed in Case 1:25-bk-11201-NWW.

[14] Second Sale Motion, p. 8.  The subject loan is held by Lender, and Homesteaders is currently participating in Lender's loan.

5.       Debtors' Second Sale Motion seeks authority to sell "all Tennessee funeral home operations aside from the McMinn County location" to Cleveland FH Investors and to sell "all Georgia funeral home operations" to SCI Georgia Funeral Services, LLC.[15]

6.       Debtors specifically exclude "the McMinn County location" from the Assets to be sold and state that it "is still being sold as commercial real estate."  It is unclear to Lender whether any personal property assets at "the McMinn County location" are proposed to be sold as part of the Assets.  Lender has a security interest in both the real property and any personal property assets at "the McMinn County location."

7.       For its limited objection to the Second Sale Motion, Lender states that it does not object to the proposed sale of the Assets **provided that** all of the proceeds from the sale of the Assets, minus the costs of the sale, are paid to Lender to be applied to the debt owed by Debtors to Lender, and further provided that Lender will retain its lien on "the McMinn County location," including both the real property and any personal property assets at such real property, following the sale.

**WHEREFORE, PREMISES CONSIDERED**, Lender, respectfully requests

A.       That any order on the Second Sale Motion include a provision stating that the Assets may be sold as long as all of the proceeds from the sale of the Assets, minus the costs of the sale, are paid to Lender to be applied to the debt owed by Debtors to Lender;

B.       That any order on the Second Sale Motion state that Lender shall retain its lien on "the McMinn County location," including both the real property and any personal property assets at such real property; and

---

[15] Second Sale Motion, p. 6.

C.     Such other and further relief to which Lender is entitled as this Court may deem

just and proper.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:     /s/ Justin Sveadas
          Justin Sveadas (TN BPR #022305)
          633 Chestnut Street, Suite 1900
          Chattanooga, TN 37405-1800
          (423) 209-4184 (phone)
          (423) 752-9589 (fax)
          jsveadas@bakerdonelson.com (e-mail)

*Attorneys for Lender*

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, a copy of the foregoing Limited Objection was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties not so indicated on the electronic filing receipt will be served by undersigned counsel by first class mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

Roy Michael Roman
RMR Legal PLLC
70 N. Ocoee Street
Cleveland, TN 37311

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402

David Holesinger
Office of the United States Trustee
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402

Harry R. Cash
Grant, Konvalinka and Harrison
Suite 900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

Robert G. Norred, Jr.
Logan-Thompson, P.C.
30 2nd Street, N.W.
P. O. Box 151
Cleveland, TN 37364-0191

Christopher H. Cruger
The Foresight Companies, LLC
140 Intracoastal Pointe Dr., Suite 405
Jupiter, FL 33477-5094

Don Ledford
Don Ledford Group
Keller Williams Realty Greater Downtown
1830 Washington Street
Chattanooga, TN 37408

AmTrust North America, Inc. on behalf
of Technology Insurance Company, Inc.
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122

Marvin E. Clements, Jr.
State of Tennessee Attorney General
P. O. Box 20207
Nashville, TN 37202-0207

Jerrold D. Farinash
Farinash & Stofan
100 West ML King Blvd., Suite 816
Chattanooga, TN 37402

/s/ Justin Sveadas
Justin Sveadas (TN BPR #022305)