# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Poole Funeral Home Real Estate, LLC

Case Number:  1:25–bk–11197–NWW  
Chapter:  11

    Debtor(s)

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held on 4/2/26 , at 09:00 AM, in Courtroom A, Third Floor, U. S. Bankruptcy Court, 31 East 11th Street, Chattanooga, TN 37402 on the following:

> *165* – Objection to (related document(s): 161 Motion to Sell Substantially All Assets Free & Clear of Liens. Fee Amount $199, filed by Debtor Poole Funeral Home Real Estate, LLC)Limited Objection to Debtors Motion Seeking Entry of an Order (I) Authorizing the Sale of Substantially all Assets and (II) Granting Related Relief Filed by Justin M. Sveadas on behalf of Creditor The Bancorp Bank, National Association (Sveadas, Justin)

> **Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013–1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

Dated: 3/27/26

Christopher Call  
Clerk of the Bankruptcy Court

By:  <u>sal</u>  
Deputy Clerk