United States Bankruptcy Court

Eastern District of Tennessee

In re:                                                                                                Case No. 25-11197-NWW

Poole Funeral Home Real Estate, LLC                                                   Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0649-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: ntchrgBK | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Andrew Johnson Bank, 124 North Main Street, Greeneville, TN 37743-4920 |
| op | # | Christopher H. Cruger, The Foresight Companies, LLC, 140 Intracoastal Pointe Dr., Suite 405, Jupiter, FL 33477-5094 |
| intp | + | Clarke Taylor, c/o Farinash & Stofan, 100 W ML KING BLVD, STE 816, CHATTANOOGA, TN 37402-2553 |
| r | + | Don Ledford, Don Ledford Group, Keller Williams Realty Greater Downtown, 1830 Washington Street, Chattanooga, TN 37408-2018 |
| cr | + | Ralph Buckner, Logan Thompson, 30 Second Street, NW, Cleveland, TN 37311, UNITED STATES 37311-5009 |
| cr | + | The Huntington National Bank, Womble Bond Dickinson (US) LLO, c/o Morgan L. Burkett, 1222 Demonbreun Street, Suite 1201, Nashville, TN 37203-6497 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: roymichael@rmrlegal.com | Mar 27 2026 20:23:00 | Poole Funeral Home Real Estate, LLC, 3000 Ralph Buckner Blvd, Cleveland, TN 37311-1469 |
| cr | | Email/Text: ahochheiser@mauricewutscher.com | Mar 27 2026 20:29:00 | AmTrust North America, Inc. on behalf of Technolog, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| intp | + | Email/PDF: roymichael@rmrlegal.com | Mar 27 2026 20:23:00 | Laurenbrook Management, Inc., 3000 Ralph Buckner Blvd NE, Cleveland, TN 37311-1469 |
| intp | + | Email/PDF: roymichael@rmrlegal.com | Mar 27 2026 20:23:00 | PFH Holdings, Inc., 3000 Ralph Buckner Blvd, Cleveland, TN 37311-1469 |
| intp | + | Email/PDF: roymichael@rmrlegal.com | Mar 27 2026 20:23:00 | Poole Funeral Home Enterprises, Inc., 3000 Ralph Buckner Blvd NE, Cleveland, TN 37311-1469 |
| intp | + | Email/PDF: roymichael@rmrlegal.com | Mar 27 2026 20:23:00 | Poole Funeral Home Holdings TN, Inc., 3000 Ralph Buckner Blvd NE, Cleveland, TN 37311-1469 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Mar 27 2026 20:28:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | ^ | MEBN | Mar 27 2026 20:22:42 | The Bancorp Bank, National Association, c/o Justin Sveadas, Esq., 633 Chestnut St., Suite 1900, Chattanooga, TN 37450-1801 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0649-1                               User: admin                                        Page 2 of 2
Date Rcvd: Mar 27, 2026                        Form ID: ntchrgBK                            Total Noticed: 14

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron J. Nash | |
| | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing anash@evanspetree.com  khodges@evanspetree.com |
| Cara J. Alday | |
| | on behalf of Creditor Casteel Construction calday@pbsjlaw.com  hnolan@pbsjlaw.com |
| David Holesinger | |
| | on behalf of U.S. Trustee United States Trustee david.holesinger@usdoj.gov |
| Harry R. Cash | |
| | on behalf of Creditor Andrew Johnson Bank hcash@gkhpc.com  hdowney@gkhpc.com |
| Jerrold D. Farinash | |
| | on behalf of Interested Party Clarke Taylor jdf@8053100.com |
| Justin M. Sveadas | |
| | on behalf of Creditor The Bancorp Bank  National Association jsveadas@bakerdonelson.com, dspiegel@bakerdonelson.com |
| Marvin E. Clements, Jr. | |
| | on behalf of Creditor TN Dept of Revenue agbankedchatt@ag.tn.gov |
| Morgan Burkett | |
| | on behalf of Creditor The Huntington National Bank morgan.burkett@wbd-us.com |
| Robert G. Norred, Jr. | |
| | on behalf of Creditor Ralph Buckner rnorred@loganthompsonlaw.com  sradauscher@loganthompsonlaw.com |
| Roy Michael Roman | |
| | on behalf of Debtor PFH Holdings  Inc. roymichael@rmrlegal.com, Roman.RoyM.B138857@notify.bestcase.com |
| Roy Michael Roman | |
| | on behalf of Debtor Poole Funeral Home Real Estate  LLC roymichael@rmrlegal.com, Roman.RoyM.B138857@notify.bestcase.com |
| Roy Michael Roman | |
| | on behalf of Debtor Laurenbrook Management  Inc. roymichael@rmrlegal.com, Roman.RoyM.B138857@notify.bestcase.com |
| Roy Michael Roman | |
| | on behalf of Debtor Poole Funeral Home Holdings TN  Inc. roymichael@rmrlegal.com, Roman.RoyM.B138857@notify.bestcase.com |
| Roy Michael Roman | |
| | on behalf of Debtor Poole Funeral Home Enterprises  Inc. roymichael@rmrlegal.com, Roman.RoyM.B138857@notify.bestcase.com |
| United States Trustee | |
| | Ustpregion08.cn.ecf@usdoj.gov |

TOTAL: 15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                              Case Number:  1:25–bk–11197–NWW
Poole Funeral Home Real Estate, LLC                 Chapter:  11

   Debtor(s)

## NOTICE OF HEARING

   Notice is hereby given that a hearing will be held on 4/2/26 , at 09:00 AM, in Courtroom A, Third Floor, U. S. Bankruptcy Court, 31 East 11th Street, Chattanooga, TN 37402 on the following:

> **165** – Objection to (related document(s): 161 Motion to Sell Substantially All Assets Free & Clear of Liens. Fee Amount $199, filed by Debtor Poole Funeral Home Real Estate, LLC)Limited Objection to Debtors Motion Seeking Entry of an Order (I) Authorizing the Sale of Substantially all Assets and (II) Granting Related Relief Filed by Justin M. Sveadas on behalf of Creditor The Bancorp Bank, National Association (Sveadas, Justin)

> **Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013–1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

  Dated: 3/27/26

                                 Christopher Call
                                 Clerk of the Bankruptcy Court

                                 By:  <u>sal</u>
                                 Deputy Clerk